IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIE-ANNE HARKNESS,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., "JOHN DOE" and "JANE DOE" and their marital community, ROES I-X; BLACK AND WHITE I-V;<br><br>    Defendants. | No. 2:19-cv-01067-RSM<br><br>STIPULATED PROTECTIVE ORDER |

## I. STIPULATION

IT IS HEREBY STIPULATED by and between the parties as follows:

1. This is a personal injury case in which the Plaintiff's physical and/or mental condition and health care are in issue. In connection with discovery of Plaintiff's health care records, the parties hereby stipulate to and request that the court enter the subjoined order.

//

DATED: October 18, 2019.

STIPULATED PROTECTIVE ORDER

| | | |
|---|---|---|
| For the Plaintiff: | | For the Defendant: |
| s/ Robert Bohm | | s/ John T. Kugler |
| Robert Bohm, WSBA #42703 | | John T. Kugler, WSBA # 19960 |
| Jesse Froehling, WSBA #47881 | | |

## II. ORDER

1. All of the Plaintiff's health care records received by the Defendant through discovery in this matter are governed by terms of this stipulation and order.

2. Health care records shall be used solely for the purpose of this lawsuit and for no other purpose.

3. Health care records may be disclosed only to the following persons:

   a. The parties to this action and the parties' claims representatives;
   b. Counsel for the parties and counsel's agents and employees;
   c. Court reporters who are involved in depositions, the trial, or any hearings in this action;
   d. Experts, independent contractors, consultants or advisors who are employed or retained by or on behalf of one or more of the parties or their counsel to assist in the litigation of this action;
   e. Deponents and their counsel who have a need to review the records during the course of, or in connection with depositions taken in this action;
   f. Witnesses in this action who need to review the records in connection with their testimony in this action; and
   g. Arbitrators and/or mediators involved in the this case.

4. Health care records filed by the parties through the CM/ECF system shall be filed under seal.

5. This order does not apply to health care records offered as exhibits at the time of trial.

STIPULATED PROTECTIVE ORDER

6. This order does not preclude Plaintiff from filing a motion to deal with the public disclosure of her confidential medical records.

7. This order does not preclude the Plaintiff from filing a motion addressing the discoverability of any particular health care records.

8. The termination of the proceedings in this action shall not relieve the parties of the obligation to maintain the confidentiality of Plaintiff's health care records unless the court orders otherwise.

Dated this 18th day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TURNER KUGLER LAW, PLLC

By:_____s/ John T. Kugler

John T. Kugler, WSBA # 19960
Attorney for Defendant

STIPULATED PROTECTIVE ORDER