THE HONORABLE RICARDO S. MATINEZ

IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIE-ANNE HARKNESS,

Plaintiff,

     vs.

SAFEWAY, INC.;

Defendant.

No. 2:19-cv-01067 RSM

ORDER TO STRIKE TRIAL DATE

**ORDER**

It is ORDERED, ADJUDGED, and DECREED that the foregoing Motion in the above-captioned case be GRANTED.

It is further ORDERED that the parties shall submit a Joint Status Report to the court on or before June 22, 2020 addressing the following issues:

(a) the number of court days needed to try the case;

(b) whether settlement is possible;

(c) mechanisms and/or procedures that could be utilized to shorten the trial, such as waiving a jury, submitting deposition testimony or expert reports in lieu of live witnesses, stipulating to undisputed facts, and any other proposed procedures;

ORDER - 1

ROBERT D. BOHM, PLLC
PO BOX 25536
FEDERAL WAY, WA 98093
206-463-6767
RDBOHM@PREMISESINJURYLAW.COM

(d) a proposed schedule for completing any remaining discovery and any motions that need to be filed and ruled upon by the Court.

It is further ORDERED that the Court will, after reviewing the joint status report, set a new trial date on a date convenient to court and counsel, entering a new scheduling order as to those issues still outstanding.

ORDERED on this 12th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1

ROBERT D. BOHM, PLLC
PO BOX 25536
FEDERAL WAY, WA 98093
206-463-6767
RDBOHM@PREMISESINJURYLAW.COM