THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIE-ANNE HARKNESS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAFEWAY, INC., "JOHN DOE" and "JANE DOE" and their marital community, ROES I-X; BLACK AND WHITE I-V,<br><br>　　　　　Defendants. | No. 2:19-cv-01067 RSM<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

　　　　Pursuant to LCR 83.2(b)(1), all parties stipulate and agree that the law firm of Turner Kugler Law, PLLC, may withdraw as counsel for defendant Safeway, Inc. in this action, and that the law firm of Forsberg & Umlauf, P.S., through attorneys Kimberly A. Reppart and Alexandra E. Ormsby, should be substituted in as counsel to defendant Safeway, Inc.

//

//

//

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – PAGE 1
CAUSE NO. 2:19-cv-01067

2650636 / 3510.0469

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated this 12th day of May, 2020.

**Substituting Counsel for Defendant Safeway, Inc.:**

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
Alexandra E. Ormsby, WSBA #52677
Attorneys for Defendant Safeway Inc.


**Withdrawing Counsel for Safeway, Inc.:**

TURNER KUGLER LAW, PLLC

  *s/ John T. Kugler*
John T. Kugler, WSBA #19960


**Counsel for Plaintiff:**

ROBERT D. BOHM, P.L.L.C

  *s/ Robert D. Bohm*
Robert D. Bohm, WSBA #42703
Attorney for Plaintiff


RIDGELINE LAW GROUP

  *s/ Jesse Froehling*
Jesse Froehling, WSBA #47881
Attorneys for Plaintiff


//

//

//

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – PAGE 2
CAUSE NO. 2:19-cv-01067

2650636 / 3510.0469

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**PROPOSED ORDER**

It is ORDERED, ADJUDGED, and DECREED that the foregoing Motion in the above-captioned case be GRANTED. Kugler Law, PLLC, may withdraw as counsel for defendant Safeway, Inc., and shall be substituted by the law firm of Forsberg & Umlauf, P.S., through attorneys Kimberly A. Reppart and Alexandra E. Ormsby.

ORDERED on this 15th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL – PAGE 3
CAUSE NO. 2:19-cv-01067

2650636 / 3510.0469

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **STIPULATED MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL** on the following individuals in the manner indicated:

| | |
|---|---|
| Mr. John T. Kugler<br>Turner Kugler Law, PLLC<br>65232 California Avenue SW, #454<br>Seattle, WA  98136<br>(X) Via ECF | Mr. Robert D. Bohm<br>Robert D. Bohm, PLLC<br>P.O. Box 25536<br>Federal Way, WA 98093<br>(X) Via ECF |
| Mr. Jesse Froehling<br>Ridgeline Law Group, PLLC<br>2367 Tacoma Ave. S.<br>Tacoma, WA 98402<br>(X) Via ECF | |

**SIGNED** this 12th day of May, 2020, at Seattle, Washington.

    *s/ Lynda T. Ha*
    Lynda T. Ha

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL – PAGE 4
CAUSE NO. 2:19-cv-01067

2650636 / 3510.0469

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX