UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIE-ANNE HARKNESS,<br><br>            Plaintiff,<br><br>   vs.<br><br>SAFEWAY, INC., "JOHN DOE" and "JANE DOE" and their marital community, ROES I-X; BLACK AND WHITE I-V,<br><br>            Defendants. | No. 2:19-cv-01067RSM<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>**[CLERK'S ACTION REQUIRED]** |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 6th day of November, 2020.

ROBERT D. BOHM, P.L.L.C

*s/ Robert D. Bohm*

_____
Robert D. Bohm, WSBA #42703
Attorneys for Plaintiff

Dated this 6th day of November, 2020.

RIDGELINE LAW GROUP, PLLC

*/s/ Jesse Froehling*

_____
Jesse Froehling, WSBA #47881
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH
PREJUDICE – PAGE 1
CAUSE NO.

2788198 / 3510.0469

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated this 6th day of November, 2020

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
Alexandra E. Ormsby, WSBA #52677
Attorneys for Defendant Safeway Inc.

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation

of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims

herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this 10th day of November, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
Alexandra E. Ormsby, WSBA #52677
Attorneys for Defendant Safeway Inc.

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH
PREJUDICE – PAGE 2
CAUSE NO.

2788198 / 3510.0469

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1   *Approved for Entry; Notice of Presentation Waived:*

2   ROBERT D. BOHM, P.L.L.C

3

4   _*s/ Robert D. Bohm*_
    Robert D. Bohm, WSBA #42703
    Attorney for Plaintiff

5   RIDGELINE LAW GROUP, PLLC

6   */s/ Jesse Froehling*

7

8   Jesse Froehling, WSBA #47881
    Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH
PREJUDICE – PAGE 3
CAUSE NO.

2788198 / 3510.0469

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX